An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

PARADISE HARBOR PLACE TRUST,
Appellant,
vs.
THE BANK OF NEW YORK MELLON
F/K/A THE BANK OF NEW YORK, AS
TRUSTEE FOR THE
CERTIFICATEHOLDERS OF CWALT,
INC., ALTERNATIVE LOAN TRUST
2006-OA16, MORTGAGE PASS-
THROUGH CERTIFICATES, SERIES
2006-OA16; AND CTC REAL ESTATE
SERVICES,
Respondents.

No. 66073

**FILED**

JAN 1 2 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellant has moved to file a late response to our October 9, 2014, order to show cause why this appeal should not be dismissed as untimely. Appellant's motion is granted, and we direct the clerk of this court to file the response that was provisionally received in this court on November 20, 2014. As appellant acknowledges in its motion and response that the notice of appeal was untimely filed and that this court therefore lacks jurisdiction over this appeal, *see* NRAP 4(a)(1), we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

15-01236

cc: Hon. David B. Barker, District Judge
Law Offices of Michael F. Bohn, Ltd.
Wright, Finlay & Zak, LLP/Las Vegas
Eighth District Court Clerk